UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION



EOD
04/24/2023

| In Re: | Chapter 13 |
|---|---|
| BOBBIE JEAN CARSON, | Case No. 23-10097 |
| Debtor. | **ORDER APPROVING APPLICATION TO APPEAR *PRO HAC VICE*** |

On April 14, 2023, an Application to Appear *Pro Hac Vice* ("Application") was filed by Scott K. Brown (the "Applicant") in the above-referenced case. The Court has reviewed the Application and finds that the Application substantially complies with the requirements of Local Rules regarding admission on a *pro hac* vice basis. Accordingly, good cause exists for the entry of the following order:

IT IS THEREFORE ORDERED that the Application to Appear *Pro Hac Vice* filed by Scott K. Brown on April 14, 2023 is hereby GRANTED, subject to the requirements that all attorneys admitted to practice before this Court shall file all documents by electronic means pursuant to General Order 04-1, a copy of which may be reviewed at www.txeb.uscourts.gov.

Signed on 04/24/2023

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE